## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 14-cr-_____ |
| | : | |
| | : | VIOLATION: |
| v. | : | 18 U.S.C. § 2314 |
| | : | (Interstate Transportation of Stolen |
| CLAUDIUS KAI KPAKIMA, | : | Property) |
| | : | |
| Defendant. | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 981(a)(1)(C) & |
| | : | 28 U.S.C. § 2461(c); |
| | : | 21 U.S.C. § 853(p) |

## INFORMATION

The United States Attorney hereby informs the Court that:

## COUNT ONE

1.     Between in or about May 2011 through in or about November 2012, in the District of Columbia and elsewhere, in a continuing course of conduct, the defendant, CLAUDIUS KAI KPAKIMA, transported in interstate commerce and caused to be transmitted in interstate commerce, stolen goods and money valued at over $5,000, to wit, money orders and wire transfers, worth $163,589.00, knowing the same to have been stolen, converted, and taken by fraud from Company A.

## FORFEITURE ALLEGATION

1.     Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  The United States will also seek a money judgment in the amount of $163,589.00.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28 United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

Respectfully submitted,

RONALD C. MACHEN JR.

United States Attorney
for the District of Columbia

By:      *Philip A. Selden*
       PHILIP A. SELDEN, D.C. Bar # 982247
       Assistant United States Attorney
       United States Attorney's Office
       555 4th Street, N.W.
       Washington, D.C.
       20530
       Philip.Selden@usdoj.gov/(202) 252.6733